IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL HODGES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1911

Opinion filed September 20, 2017.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Daniel Hodges, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.  Appellant is warned that the filing of any other pleadings deemed by the court to be meritless may result in sanctions, including but not limited to a prohibition on pro se filings and a referral to the Department of

Corrections for disciplinary action under section 944.279, Florida Statutes. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.